IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FILED
2012 NOV 20 PM 1:35
CLERK
SO. DIST. OF GA.

MARCO C. LINDER,

    Plaintiff,

vs.

CIVIL ACTION NO.: CV512-131

MATTHEW PERRY, Henry County
Police Officer; HENRY COUNTY
SHERIFF'S DEPARTMENT;
KEITH BRAYER, Sheriff; STATE
OF GEORGIA; and DISTRICT
ATTORNEY, Flint Judicial Circuit,

    Defendants.

## ORDER

Plaintiff, proceeding pro se, seeks to proceed *in forma pauperis* in an action pursuant to 42 U.S.C. § 1983. This action should be litigated in the district in which the defendants reside or a district in which a substantial part of the events giving rise to Plaintiff's claim occurred. It appears that Defendants reside in the Northern District of Georgia and that the events giving rise to Plaintiff's claims occurred there. See 28 U.S.C. § 1391. Accordingly, this action is hereby **transferred** to the United States District Court for the Northern District of Georgia.

**SO ORDERED**, this _____ day of _____, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

O 72A
ev. 8/82)